LESLEY B. HARRIS, State Bar No. 124248
LAW OFFICE OF LESLEY HARRIS
55 River Street, Suite 100
Santa Cruz, CA 95060
Telephone: (831) 458-0502
Facsimile: (831) 426-0159
Email: lharris@cruzers.com

Attorneys for Plaintiff
ILONA WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILONA WOOD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RANDI APODACA; ANITA SPOL; VHM SPORTS, INC.; and DOES 1 to 10,<br><br>　　　　　Defendants. | No. C-05-01344 PVT<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

Plaintiff and Cross-defendant Ilona Wood, and Defendants and Cross-complainants Anita Spol, Randi Apodaca and VHM Sports, Inc., by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), pursuant to the terms specified in the Settlement Agreement and Mutual Release ("Agreement") signed by the parties on October 27, 2005. The parties further stipulate and consent to the Court retaining jurisdiction over the parties for enforcement of the Settlement Agreement until performance in full of the terms of the settlement. See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 91994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements) and pursuant to CCP Section 664.6.

1  IT IS HEREBY STIPULATED by and between the parties to this action, through their
2  designated counsel, that the captioned matter be and hereby is dismissed with prejudice pursuant to
3  Federal Rules of Civil Procedure, Rule 41(a)(1).

4  Dated: December ____, 2005                LAW OFFICE OF LESLEY HARRIS

6                                             _____
                                               Lesley B. Harris
7                                              Attorney for Plaintiff and Cross-defendant
                                               ILONA WOOD

10 Dated: December 21st, 2005                 INTELLECTUAL PROPERTY GROUP LLP

11                                             _____
12                                             Otto O. Lee
13                                             Attorney for Defendants and Cross-complainants
                                               ANITA SPOL, RANDI APODACA and
14                                             VHM SPORTS, INC.

**ORDER**

19 IT IS SO ORDERED.

20 Dated:   *1/3/06*                          _____
                                               Hon. Patricia V. Trumbull
21                                             U.S. Magistrate Judge